■ DONALD F. STEVENS et al., Appellants, v AMAR ATWAL, M.D., Respondent, et al., Defendants. (Appeal No. 1.) [815 NYS2d 843]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered March 31, 2005 in a medical malpractice action. The order denied plaintiffs' motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Green, JJ.